

# U.S. District Court

### California Northern - Oakland

Receipt Date: Jun 2, 2025 2:07PM

Nima Gharavi
628 W. Roscoe St., Apt. 3N
Chicago, IL 60657-2947

Rcpt. No: 411018498         Trans. Date: Jun 2, 2025 2:07PM         Cashier ID: #AF (7003)

| CD  | Purpose                  | Case/Party/Defendant | Qty | Price | Amt   |
|-----|--------------------------|----------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees |                      | 1   | 52.00 | 52.00 |

| CD | Tender |        |            | Amt     |
|----|--------|--------|------------|---------|
| CH | Check  | #1086  | 05/29/2025 | $52.00  |

Total Due Prior to Payment: $52.00
Total Tendered: $52.00
Total Cash Received: $0.00

**Comments**: 25-mc-80138 SK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.