# ATTACHMENT A TO SUBPOENA TO DYNADOT INC.

## SCHEDULE OF DOCUMENTS TO BE PRODUCED

For each of the subsequently listed Dynadot Inc. domain name(s): the name, last known address, last known telephone number, any electronic mail addresses associated with each account from three (3) years to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena. *See In re DMCA Subpoena to eBay, Inc.*, No. 15CV922-BEN-MDD, 2015 WL 3555270, at *4 (S.D. Cal. June 5, 2015) (holding a DMCA subpoena issued on April 2, 2015, valid and enforceable for production of "the name, last known address, last known telephone number, any electronic mail addresses associated with each account from January 1, 2012, to the date of the subpoena and any logs of Internet Protocol addresses used to access the subject accounts" during the same period).

## DOMAIN NAME(S)

1. **MyPornVid.Fun**

    a. https://www.dynadot.com/domain/whois?domain=MyPornVid.Fun

1