NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant *Pro Se*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA SECTION 512(h) SUBPOENA TO DYNADOT INC. | Case No.: 3:25-mc-80138-SK<br><br>DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA<br><br>**Date:** Monday, August 4, 2025<br>**Time:** 9:30 a.m.<br>**Courtroom:** C, 15th Floor, San Francisco |

I, Nima Gharavi, declare as follows:

1. I am the Movant in this action and make this declaration in support of the Motion to Compel Compliance with DMCA Subpoena. I am competent to testify to the matters set forth herein and have personal knowledge of the facts stated in this declaration.

2. On June 11, 2025, I served a DMCA subpoena on Dynadot Inc. seeking domain registration information and IP address history for the MyPornVid.Fun domain for a three-year period. The subpoena specifically requested: "(1) the name, last known address, last known telephone number, and any electronic mail addresses associated with the MyPornVid.Fun domain account; and (2) any logs of Internet Protocol addresses used to access the subject account from three years to the date of the subpoena." A true and correct copy of the signed subpoena is filed at Docket 2, and Attachment A to the subpoena is located at Docket 1, page 9.

3. Dynadot provided partial compliance with the subpoena, producing registration data for the domain owner who held the domain during a period when infringement occurred (June through December 2023) as well as current account contact information for the present domain registrant. A true and correct copy of Dynadot's partial production is attached hereto as Exhibit B.

4. I engaged in email correspondence with Dynadot Legal regarding the scope of the subpoena, their refusal to provide IP address logs, and their safe harbor claim. In

DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA
CASE NO.: 3:25-mc-80138-SK

their final response, Dynadot stated: "See attached registration data for the domain name's registrant for the period between June 2023 and December 2023. Dynadot enjoys the transitory communications safe harbour under the DMCA and is therefore not required to produce any records under a DMCA 512(h) subpoena absent an applicable court order. Dynadot will not object to this order so long as no amounts are sought against Dynadot." A true and correct copy of the relevant email thread is attached hereto as Exhibit A.

5. Based on my review of Dynadot's website, Dynadot maintains a DMCA notification webpage that demonstrates their ability to receive and process DMCA takedown notices. This webpage includes a form for submitting copyright infringement complaints and acknowledges Dynadot's obligations under the DMCA. A true and correct copy of this webpage is attached hereto as Exhibit C.

6. Based on my review of Dynadot's website, Dynadot provides DNS hosting services as described in their DNS hosting FAQ webpage. This webpage explains how users can "set up DNS for your domain" and describes Dynadot's DNS management capabilities, including how users can "add DNS records directly through the Dynadot DNS page" when "your domain uses Dynadot DNS." A true and correct copy of this webpage is attached hereto as Exhibit D.

7. Based on my review of Dynadot's website, Dynadot offers comprehensive hosting services through their Website Builder and related services. Their Website

Builder webpage states: "Our Website Builder plans include free hosting with 99.9% uptime, ensuring stability and security for your site." Their blog post on website hosting explains: "While Dynadot has discontinued it's [*sic*] own hosting plan, you can still create your website on your domain names through our website builder. Our website builder comes with free web hosting, allowing you to use our drag-and-drop builder to create a stylish, unique website without having to worry about setting up your website hosting configuration." Their help page states: "Dynadot offers Website Builder with built-in hosting, which offers customers a simple way to drag and drop their way to a beautiful website." True and correct copies of these webpages are attached hereto as Exhibits E, F, and G.

8. I made good faith efforts to meet and confer with Dynadot Legal to resolve discovery disputes prior to filing this motion. I offered to "schedule a teleconference at your earliest convenience to meet and confer pursuant to Fed. R. Civ. P. 37 and N.D. Cal. L.R. 37-1(a)." When I subsequently stated my interpretation that Dynadot was "declining to meet and confer regarding my subpoena request" and invited correction "if this interpretation is incorrect," Dynadot declined to engage in meaningful discussion, as evidenced by the email correspondence attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2025 at Chicago, Illinois.

/s/ Nima Gharavi

Nima Gharavi

Movant *Pro Se*

DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA
CASE NO.: 3:25-mc-80138-SK

Exhibit A

**Nima Gharavi**

---

| | |
|---|---|
| **From:** | Dynadot Legal <legal@dynadot.com> |
| **Sent:** | Thursday, June 26, 2025 6:45 PM |
| **To:** | nima@midwestwrestle.com |
| **Subject:** | Re: RE: RE: Fw: Civil Subpoena - BSI Request for Domain MyPornVid.Fun |
| **Attachments:** | mypornvid.fun 2.png |

[External email - use caution]


Hello,

See attached registration data for the domain name's registrant for the period between June 2023 and December 2023. Dynadot enjoys the transitory communications safe harbour under the DMCA and is therefore not required to produce any records under a DMCA 512(h) subpoena absent an applicable court order. Dynadot will not object to this order so long as no amounts are sought against Dynadot.

Thank you,
Dynadot Legal Team
legal@dynadot.com


   Date: Thu, 26 Jun 2025 16:52:59 -0500
   From: "Nima Gharavi" <nima@midwestwrestle.com>
   To: "'Dynadot Legal'"
   Subject: RE: RE: Fw: Civil Subpoena - BSI Request for Domain MyPornVid.Fun

   Dear Dynadot Legal Team,


   Thank you for your response. I would like to respectfully seek clarification regarding your statement that Dynadot "will not provide any other user data absent an applicable court order."


   As established in *Cognosphere Pte. Ltd. v. X Corp.*, 2024 WL 4227594, at *9 (N.D. Cal. Sept. 18, 2024), "A subpoena is, itself, a court Order." Given this legal precedent, I want to ensure I understand your position correctly:


   Are you requesting:

1

1. A revised subpoena with scope that conforms to the clarified request I provided in my previous email, or
2. A separate judicial order written and signed by a judge beyond the subpoena itself?

Additionally, I interpret your response as declining to meet and confer regarding my subpoena request. Please correct me if this interpretation is incorrect, as I remain open to reasonable discussion to resolve any legitimate concerns while obtaining the necessary discovery.

Your clarification on these points would be greatly appreciated so we can proceed appropriately and efficiently.

Thank you for your time and consideration.

Best regards,

Nima Gharavi

(773) 899-4688

---

**From:** Dynadot Legal <legal@dynadot.com>
**Sent:** Thursday, June 26, 2025 4:34 PM
**To:** nima@midwestwrestle.com
**Subject:** Re: RE: Fw: Civil Subpoena - BSI Request for Domain MyPornVid.Fun

[External email - use caution]

Hello,

Dynadot will not provide any other user data absent an applicable court order requiring Dynadot to do so. Dynadot will not object to this order so long as no amounts are sought against Dynadot.

Thank you,
Dynadot Legal Team
legal@dynadot.com

Date: Thu, 26 Jun 2025 15:30:44 -0500
From: "Nima Gharavi" <nima@midwestwrestle.com>
To: "'Dynadot Legal'"
Subject: RE: Fw: Civil Subpoena - BSI Request for Domain MyPornVid.Fun

Dear Dynadot Legal Team,


Thank you for your prompt response to the subpoena in Case No. 3:25-mc-80138-SK regarding the domain MyPornVid.Fun. I appreciate your cooperation in this matter.


Upon reviewing the information provided, I have identified a couple of areas where additional clarification and information may be needed to ensure full compliance with the subpoena:


**Missing IP Address History:**
The subpoena specifically requested "any logs of Internet Protocol addresses used to access the subject account(s) from three (3) years to the date of the subpoena." I did not see this information included in your response. Could you please provide the requested IP address logs for the relevant time period?


**Domain Ownership During Infringement Period:**
The copyright infringement at issue occurred approximately between June 2023 and December 2023. Based on my research, the current registrant (Nanci Nette) appears to be a known domain speculator, and the WHOIS record shows the domain was last updated on March 24, 2025. This raises the possibility that the domain may have changed ownership after the infringement occurred.


Could you please confirm whether Ms. Nette was the registered owner of MyPornVid.Fun during the June 2023 to December 2023 timeframe? If she was not the owner during that period, I would respectfully request that you provide the subpoenaed information (name, address, telephone number, email addresses, and IP address logs) for whoever was the registered owner during the infringement period, as that individual would be the relevant party for purposes of this copyright enforcement action.


**Meet and Confer Opportunity:**
Should you have any concerns regarding providing the requested information or need to discuss the scope of the subpoena, I would be happy to schedule a teleconference at

your earliest convenience to meet and confer pursuant to Fed. R. Civ. P. 37 and N.D. Cal.
L.R. 37-1(a).

Thank you again for your attention to this matter. I look forward to your response and
to resolving any outstanding issues promptly.

Best regards,

Nima Gharavi

(773) 899-4688

---

**From:** Dynadot Legal <legal@dynadot.com>
**Sent:** Wednesday, June 25, 2025 8:15 PM
**To:** nima@midwestwrestle.com
**Subject:** Re: Fw: Civil Subpoena - BSI Request for Domain MyPornVid.Fun

[External email - use caution]



Hello, See attached user data. Thank you, Dynadot Legal Team legal@dynadot.com Please include
case number ddcn:3M7Nr7y28O7V:ddcn in the body of all future correspondences with regards to
this case. ------------------ Original ------------------ Date: Jun 12, 2025 01:54 From: Dynadot Info
<info@dynadot.com> To: abuse@dynadot.com Subject: Fw: Civil Subpoena - BSI Request for
Domain MyPornVid.Fun Cc:legal@dynadot.com Date: Jun 11, 2025 09:17 From:
nima@midwestwrestle.com To: dataprotectionofficer@dynadot.com Subject: Civil Subpoena - BSI
Request for Domain MyPornVid.Fun   Dear Dy nadot Team, Please kindly find attached a subpoena
issued by the United States District Court for the Northern District of California in re DMCA 512(h)
Subpoena to Dynadot Inc. (Case No. 3:25-mc-80138-SK). The subpoena seeks Basic Subscriber
Information and related records for the Dynadot-registered domain name   MyPornVid.Fun, as
detailed in Attachment A. The requested information includes: - Name - Last known address - Last

known telephone number - Any email addresses associated with the account (from the past three years) - Any logs of Internet Protocol addresses used to access the account (from the past three years) If you require clarification regarding the scope of the subpoena or the requested information, please let me know. I would appreciate confirmation of receipt and an estimated timeline for your response. Thank you for your attention to this matter. Regards,  Nima Gharavi  4610 North Clark St. #1098  Chicago, IL 60640  (773) 899-4688  dmca@midwestwrestle.com



Sign In|Help & Support |Contact Us



# Exhibit B

# dynadot

## View Account Contact #209299

---

| | |
|---|---|
| Organization (optional) | Name Management Group |
| Name | Nanci Nette |
| Email Address | domains@namemanagementgroup.com |
| Phone Number | 1 . 2249355722 |
| Fax Number (optional) | 1 . 2249355722 |
| Address Line 1 | 1619 N. LA BREA AVE. |
| Address Line 2 | #221 |
| City/Town | LOS ANGELES |
| State/Province/Region | California |
| Zip/Postal Code | 90028 |
| Country | US |

---

Close

# dynadot

## View Account Contact #502792

---

Organization (optional)

Name                              Jamiur Bin Nasir

Email Address                     emailto333@gmail.com

Phone Number                      880 . 1682880020

Fax Number (optional)

Address Line 1                    427 Nayatola, Moghbazar

Address Line 2

City/Town                         Dhaka

State/Province/Region             DHAKA

Zip/Postal Code                   1217

Country                           BD

---

Close

# Exhibit C

Support

# How To Report Abuse

## Submit An Abuse Form

Dynadot takes all abuse complaints seriously. If you come across a domain name with abusive behavior, it's important you provide concrete proof of the abuse when you submit your complaint to us. Failure to provide evidence of the abuse may cause delays in our investigation. Due to the volume of complaints we receive, you may not hear back from us unless we require more information from you.

Please be thorough when submitting an abuse complaint. To start our investigation, we require specific information depending on the type of abuse complaint. Select the type in the drop-down menu below and you'll be prompted to fill out an abuse form.

DNS Abuse means malware, botnets, phishing, pharming, and spam when spam is used to deliver any of the other four types of DNS Abuse. More Info (https://www.icann.org/resources/pages/advisory-compliance-dns-abuse-obligations-raa-ra-2024-02-05-en)



Copyright Infringement       ⌄

## Submit An Abuse Form

**Copyright Infringement** is when someone uses a copyrighted work without the copyright holder's permission except for cases of Fair Use (https://en.wikipedia.org/wiki/Fair_use).

**Please make sure Dynadot is the web host** before you submit a copyright complaint under this policy. If the domain is not under Dynadot's web hosting, Dynadot will not have the technical ability to remove or disable specific items of objectionable content. In such case, we suggest that you contact the website or the party hosting the website to have this matter properly resolved. You can find out who the web host is by pinging the domain name and finding out who

controls that IP address.

## Step One:

Notify the domain/website owner to cease and desist. You can find the owner using the Whois lookup (/domain/whois)

☐ I have complied and alerted the website owner.

## General Information

Full Name

Email Address

Confirm Email Address

Phone Number (Optional)

Address (Optional)

## Domain Name Involved

Only one domain allowed

## VPN/Proxy location(s) and/or user-agent(s) required to view abuse

Ex:United States proxy,mobile user-agent (Enter 'N/A' if not applicable)

## URL of copyrighted work

## More info about copyrighted work you

## URL of infringing work

## More info about infringing work.

## Comments  Optional

## Upload Screenshots  Optional

Upload any screenshots relevant to your report.

Upload File

**512(f) acknowledgment, Good faith belief, Authority to act:**

☐ By checking this box, you attest, under penalty of perjury, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law.

☐ You understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material.

☐ You are authorized to act on behalf of the copyright owner

digital Signature | Date

## Verification



Submit

Note:  Please be sure to contact the host provider to expedite action.

# Subpoena Policy

Dynadot, Inc will not release customer information without the express permission of the customer or when required by law.

Subpoena Policy (/subpoena-policy)  ❯



Terms of Use (/terms-of-use)

Registrant Educational Information (https://www.icann.org/resources/pages/benefits-2013-09-16-en)

Registrants Benefits and Responsibilities (https://www.icann.org/resources/pages/approved-with-specs-2013-09-17-en#registrant)



# Exhibit D

Dynadot

# Dynadot Help

Need support for your Dynadot domains, websites, or one of our tools? Use our help article directory to find the resources you need or contact our support team to get further assistance.

I need help with...                                                                                           🔍

**Popular Searches:**     transfer domain (/community/help/question/transfer-domain-to-dynadot)

sell domain (/community/help/question/list-domain)     backorder (/community/help/question/place-a-backorder)

discount (/community/help/question/bulk-pricing)     expired auction (/community/help/question/expired-auctions)

Help (/community/help)   ⟩   FAQs (/community/help/faqs)

## How do I set up DNS for my domain?

Updated: 2025/03/24     Viewed times: 88937                                 🔖 Save

Before adding DNS records, determine which name servers your domain is using:

- **If your domain uses third-party name servers:** Contact your hosting provider to add DNS records, as all DNS configurations are managed directly on the designated name servers.
- **If your domain uses Dynadot DNS:** Your domain is automatically using our name servers, so manual name server configuration is not required. You can add DNS records directly through the Dynadot DNS page by following these steps:

1. Sign in (/account/sign-in) to your Dynadot account.
2. Select "My Domains" from the left-side menu bar and click "Manage Domains" in the drop-down.

3. Check the box next to your domain name(s) and click on the "Action" button.

4. Choose "DNS Settings" from the "Action" list.

5. On the DNS Settings page, select the "Dynadot DNS" setting from the top drop-down menu.

6. Choose the "Record Type" you want to use from the drop-down menu, then enter the IP Address or Target Host of your web server in the text box.

- **Domain Record (optional)** - *If you have been instructed to add an "@", this simply means that the record should be entered under the "Domain Record (optional)" section. Do not enter the "@" symbol itself.* Supported record types:
  - A record (https://www.dynadot.com/community/help/question/create-A-record)
  - CNAME record (https://www.dynadot.com/community/help/question/create-CNAME)
  - AAAA record
  - TXT record (https://www.dynadot.com/community/help/question/create-TXT-record)
  - MX record (https://www.dynadot.com/community/help/question/MX-DNS-set-up)
  - CAA record
  - ANAME record (https://www.dynadot.com/community/help/question/enter-aname-record-for-domain)
  - Forward (https://www.dynadot.com/community/help/question/forward-DNS)
  - Stealth Forward
  - Email Forward (https://www.dynadot.com/community/help/question/set-up-email-forwarding-with-dns)
- **Subdomain Records (optional)** - *Subdomains are prefixes added to your domain name. For example www.mydomain.com (http://www.mydomain.com/) or blog.mydomain.com (http://blog.mydomain.com/), specify the subdomain name (www) or (blog) then enter the target server or IP address.* Supported subdomain record types:
  - A record (https://www.dynadot.com/community/help/question/create-A-record)
  - CNAME record (https://www.dynadot.com/community/help/question/create-CNAME)
  - AAAA record
  - TXT record (https://www.dynadot.com/community/help/question/create-TXT-record)
  - SRV record (https://www.dynadot.com/community/help/question/add-SRV-record)
  - CAA record
  - MX record (https://www.dynadot.com/community/help/question/MX-DNS-set-up)
  - Email Forward (https://www.dynadot.com/community/help/question/set-up-email-forwarding-with-dns)
  - Forward (https://www.dynadot.com/community/help/question/forward-DNS)
  - Stealth Forward
  - NS
- If you have an Email Server or MX Record available for your domain email (https://

www.dynadot.com/community/help/question/MX-DNS-set-up), enter the priority

(otherwise known as distance) and the hostname in the subsequent text boxes.

7. Press the "Save Settings" button to save your changes.

Please be aware that it might take some time (https://www.dynadot.com/community/help/question/not-propagated-yet) for your name server changes to propagate.

Note:
If your domain is configured with Dynadot Email Setting, please disable the email settings (https://www.dynadot.com/community/help/question/disable-email-settings) first. Once disabled, you can proceed with resetting your DNS records.

## Was this article helpful?

Yes, thanks!     Not really



## Share and Get $5

Learn about our easy-to-use referral program that provides nothing but value.



(https://www.facebook.com/Dynadot/)          (https://twitter.com/Dynadot)          (https://www.linkedin.com/company/dynadot)

(https://www.instagram.com/dynadot)          (https://weibo.com/u/3362575000)

# Still Require Assistance?

Check out our resources

💬 Chat

(/community/contact?open_chat=1)

💬 Forums

(/community/forums/)

📘 Blog

(/blog/)



EN ⌄          USD ($) ⌄



(https://www.facebook.com/pages/Dynadot/119239589383) (https://www.instagram.com/company/dynadot/) (https://www.linkedin.com/company/dynadot?trk=fc_badge) (https://www.twitter.com/dynadot) (https://www.youtube.com/user/teamdynadot)

Newsletter sign-up

Enter email     Submit

Download the app (https://itunes.apple.com/us/app/dynadot/id1209930282?mt=8)  (https://play.google.com/store/apps/details?id=com.dynadot.search)

| Domains | | Aftermarket | Support | Dynadot |
|---|---|---|---|---|
| Domain Search (/domain/search) | Transfer (/domain/transfer) | Aftermarket Search (/market/search) | Blog (/blog) | About (/community/about-us) |
| IDNs Search (/domain/idn-search) | TLD Prices (/domain/prices) | Market Overview (/market) | Help Files (/community/help) | Contact (/community/contact) |
| Domain Sales (/domain/sales) | Resellers (/domain/reseller-program) | User Listings (/market/user-listings) | Forums (/community/forums) | Events (/community/events) |
| Websites (/website-builder) | Email (/email) | Backorders (/market/backorder) | Buying Domains (/market/buy-domains) | Site Map (/sitemap) |
| SSL (/ssl) | Domain Suggestion Tool (/domain/suggestion-tool) | Expired Auctions (/market/auction) | Selling Domains (/market/sell-domains) | APP (/domain/dynadot-app) |
| Security (/domain/security) | Grace Deletion (/domain/grace-deletion) | User Auctions (/market/user-auction) | Newsletter (/market/newsletter) | Refer-a-friend (/community/refer-a-friend) |
| API (/domain/api) | Whois Lookup (/domain/whois) | Backorder Auctions (/market/backorder-auction) | Prepay (/prepay) | Affiliate (/affiliate) |
| Payment Plan (/payment-plan) | | Last Chance Auctions (/market/last-chance-auction) | Payment Options (/payment-options) | |
| | | Expired Closeout (/market/expired-closeout) | Report Abuse (/report-abuse) | |

Copyright © 2002-2025 Dynadot Inc. All rights reserved.

Privacy Policy (/privacy_policy.html)

Terms of Use (/terms-of-use)

Registrant Educational Information (https://www.icann.org/resources/pages/benefits-2013-09-16-en)

Registrants Benefits and Responsibilities (https://www.icann.org/resources/pages/approved-with-specs-2013-09-17-en#registrant)

Exhibit E

Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC. (https://www.dynadot.com/domain/xyz?
utm_source=Promobar&utm_campaign=XYZ%20Promobar%20June%202025&utm_medium=xyz&drefid=4863)     ✕

🛠 Free Website Builder

Build your stunning, custom website—without any coding hassle. Full control, easy setup, and limitless creativity.

Get Started for Free ›





OUR PROCESS

# Creating your free website starts with simple steps

**01** Start with a domain.

**02** Find a template to bring your free site to life.

**03** Drag-and-drop your website to life with our easy builder tools.

**04** Add content that makes your website yours.

**05** Publish your website.

**06** Share your quality website with the world.

cooldomain

cooldomain.com
cooldomain.net
cooldomain.org
cooldomain.top

OUR TOOLS

# Develop without being a developer



## Build with AI

Let our AI template take the reins and structure your stunning website.



## Drag and Drop

All our tools are visually placed and editable, making changes quick and intuitive.





## Mobile Optimized

Make your website phone-ready with our adaptable, mobile-responsive designs.



## Ecommerce Ready

We make selling your goods streamlined and easy through our pro plan.

OUR TEMPLATES

# Lead and build with style



Link



Studio





ABOUT    CONTACT





Column

Explore all templates  ›

(/website-builder/templates)

# ebsite Build

OUR PRICING

## Start your website with affordability and quality

## Free                    $0

Assemble a stylish one-page website using
the many tools from our vast drag-and-drop
building library.

Build Your Free Website

ⓘ Our free plan includes a required 'Dynadot Website Builder'
message in the footer.

● One-Page website



● Drag-and-drop-tools

● 13 unique templates

● 500mb storage

● Search engine optimization ready

● Capture leads through forms

## Pro                          $20/year

Get full access to our powerful website builder
tool kit, including e-commerce functionality,
advanced design options, and more pages.



● All 'Free' plan features

● Unlimited pages

● No Dynadot ads

● Unlimited storage

● Advanced site stats

● Password protection

● Video backgrounds

● HD video & audio

● 0% transaction fee

● Unlimited e-commerce products

● Tax calculator

● Shipping discounts

# Ready to build your website for free?

Get started now ›

# Website Builder FAQs

## What is a website builder?                                                        ⊕

## Can I build my website for free?



**How do I use my domain name with your website builder?**    ⊕

**How does your website builder work?**    ⊕

**Does your website builder require coding knowledge?**    ⊕

**Is web hosting required?**    ⊖

No additional web hosting is required. Our Website Builder plans include free hosting with 99.9% uptime, ensuring stability and security for your site.

**How long does it take to build a website**    ⊕

**Are there Search Engine Optimization (SEO) tools included on your website builder?**    ⊕

**Can I build an online store using this tool?**    ⊕

## Have more questions about our website builder?

✉️ Email    💬 Chat

(/community/contact?    (/community/contact?

open__email=1)    open_chat=1)



| | | | | |
|---|---|---|---|---|
| Domain Search (/domain/search) | Transfer (/domain/transfer) | Aftermarket Search (/market/search) | Blog (/blog) | About (/community/about-us) |
| IDNs Search (/domain/idn-search) | TLD Prices (/domain/prices) | Market Overview (/market) | Help Files (/community/help) | Contact (/community/contact) |
| Domain Sales (/domain/sales) | Resellers (/domain/reseller-program) | User Listings (/market/user-listings) | Forums (/community/forums) | Events (/community/events) |
| Websites (/website-builder) | Email (/email) | Backorders (/market/backorder) | Buying Domains (/market/buy-domains) | Site Map (/sitemap) |
| SSL (/ssl) | Domain Suggestion Tool (/domain/suggestion-tool) | Expired Auctions (/market/auction) | Selling Domains (/market/sell-domains) | APP (/domain/dynadot-app) |
| Security (/domain/security) | Grace Deletion (/domain/grace-deletion) | User Auctions (/market/user-auction) | Newsletter (/market/newsletter) | Refer-a-friend (/community/refer-a-friend) |
| API (/domain/api) | Whois Lookup (/domain/whois) | Backorder Auctions (/market/backorder-auction) | Prepay (/prepay) | Affiliate (/affiliate) |
| Payment Plan (/payment-plan) | | Last Chance Auctions (/market/last-chance-auction) | Payment Options (/payment-options) | |
| | | Expired Closeout (/market/expired-closeout) | Report Abuse (/report-abuse) | |

Copyright © 2002-2025 Dynadot Inc. All rights reserved.

Privacy Policy (/privacy_policy.html)

Terms of Use (/terms-of-use)

Registrant Educational Information (https://www.icann.org/resources/pages/benefits-2013-09-16-en)

Registrants Benefits and Responsibilities (https://www.icann.org/resources/pages/approved-with-specs-2013-09-17-en#registrant)

  



Exhibit F

Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC. ✕

dynadot

👤 Login

🛒

☰

Category ⌄



# Choosing a Website Hosting Plan

**Dynadot**  Mar 01, 2013 · 3 min read

Tips, Tutorials, & Info

A common misconception is that when you buy a domain name, you get free web hosting to go along with it. Many people don't realize that if they want to run a website, they need to buy a web hosting plan along with a domain name. How would you go about choosing a web hosting plan? The answer, as with most things in life, is it depends based on your needs.

### What is a web hosting company?

In simple terms, a web hosting company is one that provides hard drive space and bandwidth to people who want to build and publish a website.

🔗 Share

### What kinds of web hosting services are out there?

The many types of web hosting services can be broken down into two main categories:

Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC.     ✕

dynadot     👤 Login     🛒     ☰

- **Shared Hosting.** Your website is hosted on a server with other websites. Nearly all blogs, small businesses, and professional websites start on this level. Most websites don't need all of resources of a full web server so it's a good idea to save money by going with a shared hosting plan. There are many different sub categories of shared hosting plans depending on how much disk space, bandwidth, and software customization you need.

- **Dedicated Hosting.** Your website is hosted on its own server. With a dedicated hosting plan, you can typically access the server as you would your own computer. You have more freedom in terms of customizing the server to your particular needs. Also, you'll get more allowance for disk space and bandwidth to your site. The downside of course is that its much more expensive than shared hosting and you may not use many of the features a dedicated hosting plan provides.

### How do I determine what I need in a web hosting plan?

To figure this out, let's break down the main features you need to consider before buying a hosting plan:

**1. Disk Space.** Disk space is generally of greater concern if you are running a database driven site. An e-commerce site usually uses some kind of database to run. If you are running just a personal site with some text and few photos, you will most likely not need gigabytes of disk space.

**2. Bandwidth.** Bandwidth is typically offered at a monthly limit of data being transferred. Because html pages are so small, the majority of websites will not use more than 3gb of bandwidth a month. If you plan to host rich content like music or video, then you may need a bit more depending on the amount of traffic you get. Many web hosting companies offer unlimited bandwidth. 99% of the time, this is not actually what's being given. If you read the fine print, they reserve the right to charge you more or cancel your account if you reach a certain limit so be wary of this.

🔗 Share

**3. E-mail Accounts.** This is completely a personal choice and is not typically a problem since many web hosting companies offer unlimited e-mail accounts.

**4. Software.** The kinds of software available to you are important if you are running any kind of dynamic,



Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC. ✕

service that supports php, perl, cgi, etc. Along with this you'll probably need database support with mysql being the most commonly used. Popular blogging platforms such as Wordpress require both php and mysql to run. If you have no idea what any of this means, then you probably don't need to worry about this.

**5. Server Type.** The two main types of servers are Linux based or Windows based. Linux hosting is generally cheaper since it is open source software. Windows hosting is required if you wish to run Active Server Pages (ASP) driven sites or if you need the Microsoft SQL database.

**6. Support.** If you are running a simple blog or something similar, you are not going to need 24 hour support.

**Dynadot's web hosting**

While Dynadot has discontinued it's own hosting plan, you can still create your website on your domain names through our website builder. Our website builder comes with free web hosting, allowing you to use our drag-and-drop builder to create a stylish, unique website without having to worry about setting up your website hosting configuration. You can learn more on our website builder page.



**AUTHOR**

**Dynadot**

*Dynadot Team*

Share

Newsletter Sign-Up

Enter email     Submit

Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC. ✕



**Login**    🛒    ☰

## Related Articles



### Domain Expiration Email Notification Update

Dynadot

Mar 01, 2013 · 3 min read



### On the Fast Track to 7 Million Domains

Dynadot

Mar 01, 2013 · 4 min read



### Dynadot 2024 Updates - Quarter 4 Roundup

Dynadot

Mar 01, 2013 · 5 min read

 dynadot

EN ⌄    USD ($) ⌄

    

Newsletter sign-up

Enter email    **Submit**

Download the app: 

| Domains | | Aftermarket | Support | Dynadot |
|---|---|---|---|---|
| Domain Search | Resellers | Aftermarket Search | Blog | About |
| Websites | Email | Market Overview | Help Files | Contact |
| SSL | Domain Suggestion Tool | User Listings | Forums | Events |
| Security | Grace Deletion | Backorders | Buying Domains | Site Map |
| API | Whois Lookup | Expired Auctions | Selling Domains | APP |

🔗 Share



Copyright © 2002-2024 Dynadot Inc. All rights reserved.

Privacy Policy

Terms of Use

Registrant Educational Information

Registrants Benefits and Responsibilities

# Exhibit G

Celebrate over a decade of innovation with $1.00 .XYZ domains! 🎉 Offer ends 6/30 23:59 UTC. (https://www.dynadot.com/domain/xyz?utm_source=Promobar&utm_campaign=XYZ%20Promobar%20June%202025&utm_medium=xyz&drefid=4863)

✕

Dynadot

# Dynadot Help

Need support for your Dynadot domains, websites, or one of our tools? Use our help article directory to find the resources you need or contact our support team to get further assistance.

I need help with...                                                          🔍

**Popular Searches:**    transfer domain (/community/help/question/transfer-domain-to-dynadot)

sell domain (/community/help/question/list-domain)

backorder (/community/help/question/place-a-backorder)

discount (/community/help/question/bulk-pricing)

expired auction (/community/help/question/expired-auctions)

Help (/community/help)  ›  Website builder (/community/help/website-builder)  ›
Introduction (/community/help/website-builder/introduction)

## How do I add a web hosting plan to a domain

# in my Dynadot account?

Updated: 2025/05/06          Viewed times: 20507

🔖 Save

Dynadot offers Website Builder (https://www.dynadot.com/website-builder) with built-in hosting, which offers customers a simple way to drag and drop their way to a beautiful website. We have a free version and Pro version.

To add the website builder to your domain, please follow the below steps:

1. Sign in (/account/sign-in) to your Dynadot account.
2. Select "My Domains" from the left-side menu bar and "Manage Domains" in the drop-down.
3. Click on the domain name (the blue hyperlink).
4. If you have not associated your domain to website sitebuilder, you will be able to do so in this page.

Note: Unfortunately, Dynadot no longer offers web hosting services.

## Was this article helpful?

Yes, thanks!          Not really



# Share and Get $5

Learn about our easy-to-use referral program that provides nothing but value.



(https://www.facebook.com/Dynadot/)    (https://twitter.com/Dynadot)    (https://www.linkedin.com/company/dynadot)    (https://www.instagram.com/dynadot)    (https://weibo.com/u/3362575000)

# Still Require Assistance?

Check out our resources



💬 Chat

(/community/contact?open_chat=1)

💬 Forums

(/community/forums/)

📘 Blog

(/blog/)



dynadot

EN ⌄    USD ($) ⌄

(https://www.facebook.com/pages/)    (https://instagram.com/company/dynadot/)    (https://www.linkedin.com/company/dynadot?    (https://www.twitter.com/dynadot)    (https://www.you user/tear...

Newsletter (/market/newsletter?trk=fc_badge)

Enter email    Submit



(https://itunes.apple.com/us/app/dynadot/id1209930282?mt=8)

(https://play.google.com/store/apps/details?id=com.dynadot.search)

Download the app!

| Domains | | Aftermarket | Support | Dynadot |
|---|---|---|---|---|
| Domain Search (/domain/search) | Transfer (/domain/transfer) | Aftermarket Search (/market/search) | Blog (/blog) | About (/community/about-us) |
| IDNs Search (/domain/idn-search) | TLD Prices (/domain/prices) | Market Overview (/market) | Help Files (/community/help) | Contact (/community/contact) |
| Domain Sales (/domain/sales) | Resellers (/domain/reseller-program) | User Listings (/market/user-listings) | Forums (/community/forums) | Events (/community/events) |
| Websites (/website-builder) | Email (/email) | Backorders (/market/backorder) | Buying Domains (/market/buy-domains) | Site Map (/sitemap) |
| SSL (/ssl) | Domain Suggestion Tool (/domain/suggestion-tool) | Expired Auctions (/market/auction) | Selling Domains (/market/sell-domains) | APP (/domain/dynadot-app) |
| Security (/domain/security) | Grace Deletion (/domain/grace-deletion) | User Auctions (/market/user-auction) | Newsletter (/market/newsletter) | Refer-a-friend (/community/refer-a-friend) |
| API (/domain/api) | Whois Lookup (/domain/whois) | Backorder Auctions (/market/backorder-auction) | Prepay (/prepay) | Affiliate (/affiliate) |
| Payment Plan (/payment-plan) | | Last Chance Auctions (/market/last-chance-auction) | Payment Options (/payment-options) | |
| | | Expired Closeout (/market/expired-closeout) | Report Abuse (/report-abuse) | |

Copyright © 2002-2025 Dynadot Inc. All rights reserved.

Privacy Policy (/privacy_policy.html)

Terms of Use (/terms-of-use)

Registrant Educational Information (https://www.icann.org/resources/pages/benefits-2013-09-16-en)

Registrants Benefits and Responsibilities (https://www.icann.org/resources/pages/approved-with-specs-2013-09-17-en#registrant)

