NIMA GHARAVI
dmca@midwestwrestle.com
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688

Movant *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA SECTION 512(h) SUBPOENA TO DYNADOT INC. | Case No.: 3:25-mc-80138-SK <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO COMPEL COMPLIANCE WITH DMCA SUBPOENA <br><br> **Date:** Monday, August 4, 2025 <br> **Time:** 9:30 a.m. <br> **Courtroom:** C, 15th Floor, San Francisco |

Before the Court is Movant Nima Gharavi's Unopposed Motion to Compel Compliance with DMCA Subpoena filed pursuant to 17 U.S.C. § 512(h), Federal Rules of Civil Procedure 37 and 45, and Civil Local Rule 37-1. Having considered the motion, the declaration and exhibits in support, and the applicable law, and good cause appearing therefor,

**IT IS HEREBY FOUND AND ORDERED:**

**1. LEGAL DETERMINATION REGARDING DYNADOT**

Based on the evidence presented, Dynadot Inc. qualifies as a provider of "Information Location Tools" under 17 U.S.C. § 512(d) through its domain name registration services and hosting services under § 512(c), and is therefore subject to identification subpoenas under 17 U.S.C. § 512(h) regardless of any claimed transmission safe harbor protections under § 512(a).

**2. FACTUAL FINDINGS**

The Court finds that:

a) Movant served a DMCA subpoena on Dynadot Inc. seeking domain registration information and IP address history;

b) Dynadot provided only partial compliance, producing registration data but refusing to provide requested IP address logs while claiming transmission safe harbor protection;

c) Dynadot explicitly stated it would not object to a court order compelling compliance;

d) Dynadot provides both domain name registration services and hosting services, distinguishing it from pure transmission ISPs under § 512(a).

**3. ORDER COMPELLING COMPLIANCE**

Dynadot Inc. is hereby **ORDERED** to provide complete compliance with the DMCA subpoena served by Movant, including:

a) All domain registration information for the MyPornVid.Fun domain as requested; and

b) All IP address logs and history for the specified domain and time period as requested in the subpoena.

**4. DEADLINE FOR COMPLIANCE**

Dynadot Inc. shall provide complete compliance with this Order within **fourteen (14) days** of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____, 2025    _____
                                            Hon. Sallie Kim

                                            UNITED STATES MAGISTRATE JUDGE