NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA SECTION 512(h) SUBPOENA TO DYNADOT INC. | Case No.: 3:25-mc-80138-SK<br><br>CERTIFICATE OF SERVICE<br><br>**Date:** Monday, August 4, 2025<br>**Time:** 9:30 a.m.<br>**Courtroom:** C, 15th Floor, San Francisco |

I hereby certify that on June 30, 2025, I served true and correct copies of the following documents by electronic mail upon the parties listed below:

**DOCUMENTS SERVED:**

1. Unopposed Notice of Motion and Motion to Compel Compliance with DMCA Subpoena; Memorandum of Points and Authorities

2. Declaration of Nima Gharavi

3. Exhibits A through G to the Declaration of Nima Gharavi

4. [Proposed] Order Granting Unopposed Motion to Compel Compliance with DMCA Subpoena

**PARTIES SERVED:**

Dynadot Inc.

By: Dynadot Legal

Email: legal@dynadot.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2025 at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi
Movant *Pro Se*