UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE DMCA 512(H) SUBPOENA TO DYNADOT INC.

Case No. 25-mc-80138-SK

**ORDER REGARDING CONSENT OR DECLINATION**

Before the Court is Petitioner Nima Gharavi's motion to compel subpoena compliance. (Dkt. No. 3.) However, Respondent Dynadot Inc. has not yet filed a Consent or Declination to Magistrate Judge Jurisdiction.

The Court ORDERS Petitioner to serve a copy of this Order and the attached Consent or Declination form on Respondent by July 8, 2025. Service must comply with Federal Rule of Civil Procedure 5 and this Court's Local Rules.

Respondent is requested to complete the attached form documenting either consent or request for reassignment and file it with the Court by July 15, 2025. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. This form can be found on the Court's website at www.cand.uscourts.gov/civilforms.

The Court ADVISES Petitioner that the district court has produced a guide for pro se litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se

litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Petitioner that he also may wish to seek assistance from the Legal Help Center.  Petitioner may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: July 1, 2025

_____
SALLIE KIM
United States Magistrate Judge