NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA SECTION 512(h) SUBPOENA TO DYNADOT INC. | Case No.: 3:25-mc-80138-SK<br><br>CERTIFICATE OF SERVICE<br><br>**Date:** Monday, August 4, 2025<br>**Time:** 9:30 a.m.<br>**Courtroom:** C, 15th Floor, San Francisco |

I hereby certify that I served true and correct copies of the following documents upon the party listed below:

**DOCUMENTS SERVED:**

1. Order Regarding Consent or Declination (Dkt. 6, dated July 1, 2025)
2. Consent or Declination Form
3. Unopposed Notice of Motion and Motion to Compel Compliance with DMCA Subpoena; Memorandum of Points and Authorities
4. Declaration of Nima Gharavi
5. Exhibits A through G to the Declaration of Nima Gharavi
6. [Proposed] Order Granting Unopposed Motion to Compel Compliance with DMCA Subpoena

**PARTY SERVED:**

Dynadot Inc.

By: Todd Han, Dynadot Legal

205 E 3rd Ave Ste 314

San Mateo, CA 94401-4052

Email: legal@dynadot.com

**SERVICE METHODS:**

**BY ELECTRONIC MAIL:** On July 1, 2025, I served documents 1 and 2 listed above by electronic mail to legal@dynadot.com.

**BY CERTIFIED MAIL:** On July 3, 2025, at 4:21 PM, I served all documents listed above by depositing true and correct copies in a sealed envelope with the United States Postal Service at the Graceland Post Office, 3024 N Ashland Ave, Chicago, IL 60657, via Priority Mail with Certified Mail and Electronic Return Receipt (Tracking Number 9502606611715184827823), addressed to the party at the address listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2025, at Chicago, Illinois.

/s/ Nima Gharavi
Nima Gharavi

Movant *Pro Se*