UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA 512(H) SUBPOENA TO DYNADOT INC., | Case No. 25-mc-80138-TLT <br><br> **REFERRAL TO HELP DESK AND ORDER RE-SETTING MOTION DATE AND SETTING INITIAL CMC** <br><br> Re: Dkt. No. 3 |

## REFERRAL TO THE HELP DESK

**Nima Gharavi,** *pro se***,** is **encouraged** to seek free legal assistance from the Legal Help Center located in the San Francisco courthouse. The Legal Help Center will not represent you as your lawyer but can provide basic legal assistance at no cost. You can schedule an appointment by calling 415-782-8982 or emailing FedPro@sfbar.org.

You can find more information at https://cand.uscourts.gov/pro-se-litigants/. The court also has a free guide "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial.

You can access it online (https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_4-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

The Court **ORDERS** Movant Nima Gharavi to serve a copy of *this Order* on Respondent, Dynadot Inc., no later than July 23, 2025. ECF 5 and 7.

The matter is set for July 31, 2025, at 2pm for Initial Case Management Conference via videoconference. A joint case management statement is due no later than July 24, 2025. Self-represented litigants are given leave to file a separate case management statement.

The Motion to Compel Compliance with DMCA Subpoena filed by Nima Gharavi, ECF 3, is re- set for October 21, 2025, at 2:00pm in San Francisco, Department 9, 19th Floor, San Francisco. See also, ECF 10.

**IT IS SO ORDERED.**

Dated: July 16, 2025

12/2/2025

_____
TRINA L. THOMPSON
United States District Judge