NIMA GHARAVI
4610 North Clark St. #1098
Chicago, IL 60640
+1 (773) 899-4688
dmca@midwestwrestle.com

Movant *Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE DMCA 512(H) SUBPOENA TO DYNADOT INC. | Case No.: 3:25-mc-80138-TLT **CERTIFICATE OF SERVICE** Re: Dkt. Nos. 11, 12 |
|---|---|

I hereby certify that I served true and correct copies of the following documents upon the party listed below:

**DOCUMENTS SERVED:**

1. ECF 11 - Order dated July 17, 2025 (text-only court order establishing deadlines and scheduling Initial Case Management Conference)

2. ECF 12 - Order dated July 17, 2025 (Referral to Help Desk and Order Re-setting Motion Date and Setting Initial CMC)

3. Cover letter dated July 18, 2025

**PARTY SERVED:**

Dynadot Inc.

By: Todd Han, Dynadot Legal

205 E 3rd Ave Ste 314

San Mateo, CA 94401-4052

Email: legal@dynadot.com

**SERVICE METHODS:**

**BY CERTIFIED MAIL:** On July 18, 2025, I served all documents listed above by depositing true and correct copies in a sealed envelope with the United States Postal Service at the Graceland Post Office, 3024 N Ashland Ave, Chicago, IL 60657-3012, via First-Class Mail with Certified Mail and Electronic Return Receipt (Tracking Number 9589071052701997546837), addressed to the party at the address listed above.

**BY ELECTRONIC MAIL (COURTESY COPY):** On July 18, 2025, I served courtesy copies of all documents listed above by electronic mail to legal@dynadot.com. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2025, at Chicago, Illinois.

    /s/ Nima Gharavi
    Nima Gharavi

    Movant *Pro Se*