UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DMCA 512(H) SUBPOENA TO DYNADOT INC., | Case No. 25-mc-80138-TLT<br><br>**ORDER TO SHOW CAUSE: JULY 25, 2025**<br><br>MOTION TO COMPEL: August 5, 2025<br><br>Re: ECF 11 |

On June 30, 2025, Petitioner Nima Gharavi ("Petitioner") filed a motion to compel compliance with subpoena ("Motion"). ECF 3. Respondent Dynadot Inc.'s response was due on July 14, 2025. *Id.* Dynadot Inc. did not timely file an opposition. Moreover, Petitioner attached in its Motion a purported email from Dynadot Inc. (legal@dynadot.com), stating "Dynadot will not object to this order so long as no amounts are sought against Dynadot." ECF 3-1 at 7.

On July 17, 2025, the Court ordered Dynadot Inc., to file either an opposition or a statement of non-opposition to the Motion by July 23, 2025 ("Order"). ECF 11. On July 18, 2025, Petitioner filed a certificate of service, confirming that he served the Order on Dynadot Inc. via certified mail and email (legal@dynadot.com) that same day. ECF 13. The hearing is set for August 5, 2025. ECF 10. To date, Dynadot Inc., has not filed an opposition to the Motion.

Based on the foregoing, the Court **ORDERS** Dynadot Inc., to file by **Friday, July 25, 2025**, (1) an opposition or statement of non-opposition to the pending motion, and (2) a response to this order to show cause explaining why the opposition was not timely filed. Failure to do either of these may result in granting of the Motion. *See Graduri v. INS*, 62 F.3d 1144, 1146 n.3 (9th Cir. 2004) ("Courts have consistently exercised their discretion to grant motions on collateral issues, on the basis that, in failing to respond, the opposing party has consented to such action by the

1  court."); *see also Russo v. Network Sols., Inc.*, No. C07-3401MMC(EMC), 2008 WL 114908, at
2  *1 (N.D. Cal. Jan. 10, 2008) (granting motion to compel initial disclosures based on, inter alia,
3  defendant's failure to file opposition); *Omnicare, Inc. v. R & W Delivery, LLC*, No. 2:21-MC-
4  00075-ODW-JC, 2021 WL 4776695, at *2 (C.D. Cal. Mar. 15, 2021) (granting motion to compel
5  subpoena duces tecum compliance after respondent failed to timely file an opposition to the
6  motion to compel). If Dynadot Inc., files an opposition to the Motion, Petitioner may file a reply
7  on or before August 1, 2025.

**IT IS SO ORDERED.**

Dated: July 24, 2025

TRINA L. THOMPSON
United States District Judge